IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VANDA PHARMACEUTICALS INC. and AVENTISUB II INC., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 13-1973 (GMS) (Consolidated) |
| ROXANE LABORATORIES, INC., | ) ) | |
| Defendant. | ) | |

## JOINT STIPULATION

WHEREAS, in their Initial Infringement Contentions, Plaintiffs asserted infringement by Defendant of Claim 3 and Claim 9 of U.S. Patent No. RE39,198 (the "RE198 Patent"); and

WHEREAS, in its Initial Invalidity Contentions, Defendant asserted that Claim 3 and Claim 9 of the RE198 Patent are invalid; and

WHEREAS, the parties are interested in narrowing the issues before the Court and in limiting the attendant burden and expense;

NOW THEREFORE Plaintiffs Vanda Pharmaceuticals Inc. and Aventisub LLC and Defendant Roxane Laboratories, Inc., by their undersigned counsel, subject to the approval of the Court, stipulate that:

1.  The iloperidone tablets as described in Defendant's ANDA No. 205480 are literally within the scope of Claim 3 of the RE198 Patent and would infringe Claim 3 of the RE198 Patent provided that claim is not proved invalid;

2.  Plaintiffs withdraw, with prejudice, their assertion of infringement by Defendant of Claim 9 of the RE198 Patent;

3. In light of Plaintiffs' withdrawal of any assertion of infringement by Defendant of Claim 9 of the RE198 Patent, Defendant withdraws, with prejudice, its counterclaims and affirmative defenses insofar as they solely relate to the validity of Claim 9 of the RE198 Patent; and

4. Nothing in this stipulation affects the parties' infringement and invalidity contentions regarding any claims of U.S. Patent No. 8,586,610.

POTTER ANDERSON & CORROON LLP

/s/ Bindu A. Palapura
_____
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Hercules Plaza, 6th Floor
1313 North Market Street
Wilmington, DE  19801
dmoore@potteranderson.com
bpalapura@potteranderson.com

Attorneys for Defendant

OF COUNSEL:

Kenneth G. Schuler
Emily C. Melvin
Timothy J. O'Brien
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL  60611

Michael R. Seringhaus
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA  94025


October 16, 2015

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Ethan H. Townsend
_____
Jack B. Blumenfeld (#1014)
Karen Jacobs (#2881)
Ethan H. Townsend (#5813)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
kjacobs@mnat.com
etownsend@mnat.com

Attorneys for Plaintiffs

OF COUNSEL:

Nicholas Groombridge
Eric Alan Stone
Kira A. Davis
Josephine Young
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY  10019
(212) 373-3000

**SO ORDERED**, this _____ day of _____, 2015.

_____
UNITED STATES DISTRICT JUDGE