**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| VANDA PHARMACEUTICALS INC. and AVENTISUB II INC., <br><br> Plaintiffs, <br><br> v. <br><br> ROXANE LABORATORIES, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. No. 13-1973-GMS <br> ) (consolidated) <br> ) <br> ) <br> ) <br> ) |

**STIPULATION REGARDING EXPERT DISCOVERY**

WHEREAS pursuant to the Scheduling Order, expert discovery closes on January 11, 2016;

WHEREAS due to scheduling issues, the parties need additional time to complete expert depositions;

WHEREAS taking expert depositions after the close of expert discovery will not impact the deadlines in the Scheduling Order;

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiffs and Defendant, subject to the approval of the Court, that:

1. The depositions of Drs. Bartlett, Guengerich, Alva, Preskorn, and Kaye will be conducted after the close of expert discovery and completed before January 23, 2016.

2

| **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** | **POTTER ANDERSON & CORROON LLP** |
|---|---|
| By: */s/ Ethan H. Townsend*<br>Jack B. Blumenfeld (#101 4)<br>Karen Jacobs (#2881)<br>Ethan H. Townsend (#5813)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>Tel: (302) 658-9200<br>jblumenfeld@mnat.com<br>kjacobs@mnat.com<br>etownsend@mnat.com | By: */s/ Bindu A. Palapura*<br>David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Stephanie E. O'Byrne (#4446)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Tel: (302) 984-6000<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com<br>sobyrne@potteranderson.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

IT IS SO ORDERED, this _____ day of _____ 2016.

_____
U.S.D.J.

41139/1213445