IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VANDA PHARMACEUTICALS INC. and AVENTISUB LLC, <br><br> Plaintiffs, <br><br> v. <br><br> ROXANE LABORATORIES, INC., <br><br> Defendant. | C.A. No. 13-1973 (GMS) <br> CONSOLIDATED |

### STIPULATION AND [PROPOSED] ORDER

The parties HEREBY STIPULATE AND AGREE, subject to the approval of the Court, to the following schedule and page limits for post-trial briefs:

(1) The parties shall file their Opening Proposed Findings of Fact and Conclusions of Law on April 18, 2016 on all issues, not to exceed 40 pages.

(2) The parties shall submit electronic versions of their Opening Proposed Findings of Fact and Conclusions of Law, with hyperlinks to cited evidence and cases, by April 25, 2016.

(3) The parties shall file their responsive briefs on May 18, 2016, not to exceed 15 pages.

(4) The parties shall submit electronic versions of their responsive briefs, with hyperlinks to cited evidence and cases, on May 25, 2016.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| /s/ *Ethan H. Townsend* | /s/ *David E. Moore* |
| Jack B. Blumenfeld (#1014)<br>Karen Jacobs (#2881)<br>Ethan H. Townsend (#5813)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>kjacobs@mnat.com<br>etownsend@mnat.com | David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Stephanie E. O'Byrne (#4446)<br>Hercules Plaza, 6th Floor<br>1313 North Market Street<br>Wilmington, DE 19801<br>(302) 984-6000<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com<br>sobyrne@potteranderson.com |
| *Attorneys for Plaintiffs* | *Attorney for Defendant* |

March 25, 2016

SO ORDERED this 29th day of March, 2016.

_____
UNITED STATES DISTRICT JUDGE

2