## MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

(302) 658-9200
(302) 658-3989 FAX

ETHAN H. TOWNSEND
(302) 351-9379
(302) 425-4678 FAX
etownsend@mnat.com

April 25, 2016

The Honorable Gregory M. Sleet                    *VIA ELECTRONIC FILING*
United States District Court
844 North King Street
Wilmington, DE 19801

Re:   *Vanda Pharmaceuticals Inc. and Aventisub LLC v. Roxane Laboratories, Inc.*
      C.A. No. 13-1973 (GMS)

Dear Judge Sleet:

Enclosed are two disks containing electronic versions of Vanda's Proposed Post-Trial Findings of Fact and Conclusions of Law (D.I. 178), with hyperlinks to exhibits, transcripts, cases and statutes.

Respectfully,

*/s/ Ethan H. Townsend*

Ethan H. Townsend (#5813)

cc:   Clerk of the Court (by hand delivery)
      All Counsel of Record (by e-mail)